# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| JOSEPH C. KELLY,<br><br>    Plaintiff,<br><br>vs.<br><br>CHEESEMAN, LLC and<br>TERRY CARNAHAN,<br><br>    Defendants. | Case No. 3:22-cv-00237-TAV-DCP |

## JOINT MOTION FOR REFERRAL TO SETTLEMENT CONFERENCE

Plaintiff, Joseph C. Kelly, by counsel, and Defendants Cheeseman, LLC and Terry Carnahan, by their respective counsel (collectively, the "Parties"), pursuant to LR16.3(a), respectfully request that the Court refer this case for a judicial settlement conference. This matter is currently scheduled for trial before this Court beginning on August 26, 2025. The final pre-trial conference is currently scheduled for August 19, 2025. The Parties and counsel are located in Tennessee, Louisiana, North Carolina, Ohio, and Indiana.

Date: July 21, 2025

Respectfully submitted,

/s/ John P. Roy
***Signature Affixed by Permission***
Andrew J. Quackenbos, *pro hac vice*
LA Bar 31924
andrewQ@wrightroy.com
John P. Roy, *pro hac vice*
LA Bar 32048
johnR@wrightroy.com
Remy A.M. Jardell, *pro hac vice*
LA Bar 30566
remyJ@wrightroy.com
Ross F. Roubion, *pro hac vice*
LA Bar 35989
rossR@wrightroy.com
DOMENGEAUX WRIGHT
   ROY & EDWARDS, LLC
556 Jefferson Street, Suite 500
Lafayette, LA 70502
Telephone: 373-223-3033
Facsimile: 373-232-8213
*Attorneys for Plaintiff Joseph Kelly*

/s/ Gary K. Smith
***Signature Affixed by Permission***
Gary K. Smith, *pro hac vice*
TN Bar 8124
gsmith@garyksmithlaw.com
Karen M. Campbell, *pro hac vice*
TN Bar 17467
kcampbell@garyksmithlaw.com
GARY K. SMITH LAW, PLLC
6075 Poplar Ave., Suite 652
Memphis, TN 38119
Telephone: 901-308-6484
Facsimile: 901-308-6482
*Attorneys for Plaintiff Joseph Kelly*

/s/ Paul D. Root
Janis E. Steck, *pro hac vice*
IN Bar 28791-49
jsteck@scopelitis.com
Paul D. Root, *pro hac vice*
IN Bar 31489-49
proot@scopelitis.com
SCOPELITIS, GARVIN, LIGHT,
   HANSON & FEARY, PC
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Telephone: 317-637-1777
Facsimile: 317-687-2414
*Attorneys for Defendant Cheeseman, LLC*

/s/ C. Gavin Shepherd
***Signature Affixed by Permission***
C. Gavin Shepherd
BPR No. 033066
gshepherd@wmbac.com
WOOLF MCCLAINE BRIGHT
   ALLEN & CARPENTER, PLLC
900 South Gay Street, Suite 900
Post Office Box 900
Knoxville, TN 37902-1810
Telephone: 865-215-1000
Facsimile: 865-215-1001
*Attorney for Defendant Terry Carnahan*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

                                                */s/ Paul D. Root*
                                                Paul D. Root, *pro hac vice,* IN Bar 31489-49

4905-7195-0166,