# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# NORTHERN DIVISION

| | |
|---|---|
| JOSEPH C. KELLY, <br><br> Plaintiff, <br><br> vs. <br><br> CHEESEMAN, LLC and <br> TERRY CARNAHAN, <br><br> Defendants. | Case No. 3:22-cv-00237-TAV-DCP |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Joseph C. Kelley and Defendants Cheeseman, LLC and Terry Carnahan, by their respective counsel, hereby stipulate to the dismissal of this case with prejudice, costs paid.

*Signatures located on the next page.*

Date: September 24, 2025                              Respectfully submitted,

**DOMENGEAUX WRIGHT**  
**ROY & EDWARDS, LLC**

*/s/ Ross F. Roubion*
**Signature affixed by permission.**
Ross F. Roubion, *pro hac vice*
La. 35989
Andrew J. Quackenbos, *pro hac vice*
La. 31924
John P. Roy, *pro hac vice*
La. 32048
Remy A.M. Jardell, *pro hac vice*
La. 30566
556 Jefferson Street, Suite 500
Lafayette, LA 70502
Telephone: 373-223-3033
Facsimile: 373-232-8213
Email: rossr@wrightroy.com
andrewq@wrightroy.com
johnr@wrightroy.com
remyj@wrightroy.com

Gary K. Smith, *pro hac vice*
TN Bar 8124
Karen M. Campbell, *pro hac vice*
TN Bar 17467
6075 Poplar Ave., Suite 652
Memphis, TN 38119
Telephone: 901-308-6484
Facsimile: 901-308-6482
Email: gsmith@garyksmithlaw.com
kcampbell@garyksmithlaw.com

*Counsel for Plaintiff Joseph C. Kelly*

**SCOPELITIS, GARVIN, LIGHT,**
**HANSON & FEARY, PC**

*/s/ Janis E. Steck*
Janis E. Steck, *pro hac vice*
IN Bar 28791-49
Paul D. Root, *pro hac vice*
IN Bar 31489-49
10 West Market Street, Suite 1400
Indianapolis, IN 46204
Telephone: 317-637-1777
Facsimile: 317-687-2414
Emails: jsteck@scopelitis.com
proot@scopelitis.com

*Counsel for Defendant Cheeseman, LLC*

**WOOLF MCCLANE BRIGHT**
**ALLEN & CARPENTER, PLLC**

*/s/ C. Gavin Shepherd*
**Signature affixed by permission.**
C. Gavin Shepherd
BPR 033066
900 South Gay Street, Suite 900
Post Office Box 900
Knoxville, TN 37902-1810
Telephone: 865-215-1000
Facsimile: 865-215-1001
Email: gshepherd@wmbac.com

*Counsel for Defendant Terry Carnahan*

4911-6931-1595,